ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
DIANA M. KWOK (Cal. Bar No. 246366)
Assistant United States Attorney
     General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6529
     Facsimile: (213) 894-0141
     E-mail: Diana.Kwok@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-123-R |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING INQUIRY ON POTENTIAL CONFLICT OF INTEREST AND SPECIAL APPOINTMENT OF COUNSEL FOR LIMITED PURPOSE |
| v. | |
| SELIN GHEYVANDIAN, | |
| Defendant. | |

Good cause appearing, the Court hereby grants the government's request for an inquiry on the potential conflict of interest in this case. A hearing on the potential conflict of interest is hereby scheduled to take place on June ____, 2014. The Court will specially appoint counsel for defendant Gheyvandian in advance of the hearing.

IT IS SO ORDERED.

                                 _____
                                 Hon. Manuel L. Real
                                 United States District Judge