ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
DIANA M. KWOK (Cal. Bar No. 246366)
Assistant United States Attorney
    General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6529
    Facsimile: (213) 894-0141
    E-mail: Diana.Kwok@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

JUN 1 0 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-123-R |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING INQUIRY ON POTENTIAL CONFLICT OF INTEREST AND SPECIAL APPOINTMENT OF COUNSEL FOR LIMITED PURPOSE |
| v. | |
| SELIN GHEYVANDIAN, | |
| Defendant. | |

Good cause appearing, the Court hereby grants the government's request for an inquiry on the potential conflict of interest in this case. A hearing on the potential conflict of interest is hereby scheduled to take place on THURSDAY, June 19, 2014, 10 AM. ~~The Court will specially appoint counsel for defendant Gheyvandian in advance of the hearing.~~

IT IS SO ORDERED.

_____
Hon. Manuel L. Real
United States District Judge