| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY DUE DATE: |
|---|---|

| TRANSCRIPT DESIGNATION AND ORDERING FORM | | |
|---|---|---|
| 1. NAME  Vicki Chou | 2. PHONE NUMBER  (213) 894-8408 | 3. DATE  6/20/2014 |
| 4. FIRM NAME: | 5. E-MAIL ADDRESS: | |
| 6. MAILING ADDRESS  312 N. Spring Street, Suite 1702 | 7. CITY  Los Angeles | 8. STATE CA   9. ZIP CODE 90012 |
| 10. CASE NUMBER  CR 14-123 | 11. CASE NAME  U.S. v. Selin Gheyvandian | 12. JUDGE  Real |

| 13. APPEAL CASE NUMBER | 14. ORDER FOR | ☐ APPEAL   ☐ NON-APPEAL   ☐ CRIMINAL JUSTICE ACT |
|---|---|---|
| | | ☐ IN FORMA PAUPERIS   ☐ AUSA   ☐ FPD   ☐ OTHER |

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 6/18/2014 | Sheri Kleeger (Ogata) | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): 6/18/2014 |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |

16.  ORDER:  IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☐ |
| 7 DAYS | ☑ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | 19. Transcription agency for digitally recorded proceedings: | |

| (CERTIFICATION 17 & 18) By signing the below, I certify that I will pay all charges (deposit plus additional). | 20. Month: Jun   Day: 20   Year: 2014  Transcript payment arrangements were made with: Sheri Kleeger (Ogata) |
|---|---|
| 17. DATE:  6/20/2014 | NAME OF OFFICIAL: _____  Payment of estimated transcript fees were sent on the following date: |
| 18. SIGNATURE:   /s/ Sandy Bautista | Month: Jun   Day: 20   Year: 2014 |

G-120 (09/12)