UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CRIMINAL MINUTES -- GENERAL</u>

Case No.   **CR-14-123-R-1**                    Date: JUNE 18, 2014

==================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| <u>Christine Chung</u> | <u>Sheri Kleeger</u> | <u>Vicki Chou</u> |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

==================================================================
U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)     SELIN GHEYVANDIAN                    1)     Alex R. Kessel
       X  Present          X  Bond                 X  Present          X  Retained

_____

PROCEEDINGS:    Hearing Re: Inquiry on Potential Conflict of Interest


**Court hears from Government and Defense Counsel.**

**Defense Counsel states that there is no conflict.
Government has no objection to Defense Counsel
remaining as Defendant's attorney.**

**Mr. Alex R. Kessel will remain as Defendant Selin
Gheyvandian's attorney.**




                                                        <u>0:02</u> min



MINUTES FORM 6                              Initials of Deputy Clerk __cch_____
CRIM -- GEN