**Report and Order Terminating Probation**
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

Central District of California



UNITED STATES OF AMERICA

v.                                                                    Docket No.   CR14-00123-R

Selin Gheyvandian

   On November 3, 2014, the above named was placed on probation for a period of 60 months.   The probationer has complied with the rules and regulations of probation and is no longer in need of supervision.   It is accordingly recommended that the probationer be discharged from supervision.

                                                            Respectfully submitted,

                                                            _____
                                                            /S/ CHRISTINA LE
                                                            U.S. Probation Officer Assistant

ORDER OF COURT

   Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

   Dated this ___15th___ Day of ___March___, 20_17_.

                                                            _____
                                                            United States District Judge